*In re* ÁNGEL MANUEL PADILLA.

*Número:* TS-5007          *Resuelto:* 30 de mayo de 1997

*José Nicolás Medina Fuentes* y *Adolfo Fortier*, del *Bufete José Nicolás Medina Fuentes*, abogados del peticionario; *Carlos Lugo Fiol, Procurador General, Edda Serrano Blasini, Subprocuradora General,* y *Cynthia Iglesias Quiñones, Procuradora General Auxiliar*, en informe; *Belén M. Guerrero Calderón*, de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, en informe.

## RESOLUCIÓN

Atendido lo expuesto por la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía en su Informe de 24 de abril de 1997, *se ordena la reinstalación de Ángel M. Padilla Pérez al ejercicio de la abogacía en Puerto Rico.*

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*